**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

ASBESTOS WORKERS LOCAL 34 HEALTH AND WELFARE FUND AND PENSION FUND, TRUSTS,

Plaintiff,

v.

TROY GARNES, SCOTT FITZGERALD, AND KATHY FITZGERALD, d/b/a FREEZE-RITE INSULATION, AND RICHARD FITZGERALD,

Defendant.

Civil No. 00-2629 (JRT/FLN)

**ORDER**

---

Scott B. Crossman, McGRANN SHEA FRANZEN CARNIVAL STRAUGHN & LAMB, 800 Nicollet Mall, Suite 2600, Minneapolis, MN 55402, for plaintiff.

Richard Fitzgerald, 16680 231st Avenue, Big Lake, MN 55309, *Pro se* defendant.

This matter is before the Court on Defendant Richard Fitzgerald's request to extend time in which to obtain counsel and respond to the motion for money judgment. The Court grants the defendant's request and the extension is allowed.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that defendant Richard Fitzgerald's request to extend time in which to obtain

FILED ____ 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD____
DEPUTY CLERK____

counsel and respond to plaintiff's motion for money judgment is **GRANTED**. Richard Fitzgerald has until **June 10, 2002** to obtain counsel and respond to the pending motion.

DATED: May 8, 2002
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge