**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

ASBESTOS WORKERS LOCAL 34 HEALTH AND WELFARE FUND AND PENSION FUND, TRUSTS

Plaintiff,

v.

TROY GARNES, SCOTT FITZGERLAD, AND KATHY FITSGERALD d/b/a FREEZE-RITE INSULATION, AND RICHARD FITZGERALD,

Defendants.

Civil No. 00-2629 JRT/FLN

**NOTICE OF HEARING**

---

Scott B. Crossman, McGRANN SHEA FRANZEN CARNIVAL STRAUGHN & LAMB, 800 Nicollet Mall, Suite 2600, Minneapolis, MN 55402, for plaintiff.

Richard Fitzgerald, 16680 231st. Avenue, Big Lake, MN 55309, *pro se* defendant

Oral argument on plaintiff's motion for money judgment is scheduled for Friday, September 6, 2002 at 9:30 a.m. before Judge John R. Tunheim at the United States District Courthouse, 300 South Fourth Street, Minneapolis, in Courtroom 13E. Defendants shall file a written response to the motion by August 16, 2002. Plaintiff's reply is due on August 30, 2002.

DATED: July 25, 2002
at Minneapolis, Minnesota.

John R. Tunheim
JOHN R. TUNHEIM
United States District Judge

FILED JUL 25 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK